**DISMISS; and Opinion Filed September 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01177-CV

**TPC CONTROLS, INC. AND TERRY P. CLEMENT, Appellants**

**V.**

**TPC ELECTRIC COMPANY, INC. AND GEAR BRANDS, LLC, Appellees**

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-04622-2010

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion Per Curiam

The Court has before it appellants' September 9, 2013 motion to lift bankruptcy stay. We

**GRANT** the motion and **REINSTATE** this case to the active docket of the Court. The Court

also has before it appellants' September 9, 2013 motion to dismiss appeal. We **GRANT** the

motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

121177F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TPC CONTROLS, INC. AND TERRY P.
CLEMENT, Appellants

No. 05-12-01177-CV          V.

TPC ELECTRIC COMPANY, INC. AND
GEAR BRANDS, LLC, Appellees

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-04622-2010.
Opinion delivered Per Curiam. Justices
Moseley, Bridges and Lang-Miers sitting for
the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 16th day of September, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE